IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HASHEAM MACK-TANSMORE**,<br><br>*Plaintiff,*<br>v.<br><br>**MR. JONES,** *et al.*,<br><br>*Defendants.* | Case No.  2:20-cv-0689-JDW |

## ORDER

**AND NOW**, this 26th day of January, 2022, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion For Summary Judgment (ECF No. 74) is **DENIED**;

2. Commonwealth Defendants' Motion For Summary Judgment (ECF No. 73) is **GRANTED**; and

3. **JUDGMENT** is **ENTERED** in favor of Defendants Jones, Henderson, Lee, and Green, and against Plaintiff Mack-Tansmore.  The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**